No appearance for Defendant in Error.

---

Dade County, et al., Appellants, v. Jas. W. Ives, et al., Appellees.

An Appeal from a Decree of the Circuit Court within and for the County of Dade.

Appeal dismissed on motion of counsel for appellants.

*McCaskill & McCaskill, Shutts, Smith & Bowen, W. S. & S. B. Jennings and B. Franklin Brass,* for Appellants;

*A. J. Rose* and *M. D. Carmichael,* for Appellees

---

A. D. Campbell, et al., Appellants, v. R. B. Slay, et al. Appellees.

An Appeal from a Decree of the Circuit Court within and for the County of Washington.

Appeal dismissed on motion of counsel for appellants.